IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN R. BUCKMAN,  Case No. 3:07-cv-00141-SB

        Petitioner,  ORDER

v.

GUY HALL,

        Respondent.

**MOSMAN, J.**

Petitioner's Motion to Voluntarily Dismiss (ECF No. 182) is GRANTED. This proceeding is DISMISSED, with prejudice. In the event Petitioner appeals from this Order, the Court denies a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 11th day of April, 2017.

        Michael W. Mosman
        Chief United States District Judge

1 - ORDER